

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,506-01

### IN RE LEEROY CESAR CARBALLO, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1097497-A IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. He contends that he mailed an "amended/supplemented application for writ of habeas corpus"[1] in November 2013, and has received no confirmation that the District Clerk filed the documents.

In these circumstances, additional facts are needed. The Respondent, the District Clerk of Harris County, is ordered to file a response, addressing whether they received Applicant's pleadings,

---

[1] It appears that the original writ filed is still pending under authority of an order designating issues signed on October 20, 2011.

and, if so, stating whether they were filed. If the pleadings were received and filed, the District Clerk's response shall include proof establishing the date of filing. If the pleadings were received but not filed, the District Clerk shall detail its rationale for not filing them.

This motion for leave to file a writ of mandamus shall be held in abeyance until the Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 29, 2015
Do not publish